UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 1 0 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **4:20CR00773 SEP/JMB** |
| CINQUE BRANDON, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 21, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**CINQUE BRANDON,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about October 21, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**CINQUE BRANDON,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about October 21, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**CINQUE BRANDON,**

the Defendant herein, knowingly and intentionally possessed with the intent to distribute cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 21, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**CINQUE BRANDON,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: possession with intent to distribute methamphetamine, as charged in Count Two herein, and possession with intent to distribute cocaine base (crack), as charged in Count Three herein.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN T. BIRD, #37802(MO)
Assistant United States Attorney