Dear Judge Artery

RECEIVED JAN 19 2021 BY MAIL

In case you didnd' know while being Confined at City Justice Center I tested postive with one of the world deadliest virus COVID-19. I'm so sick right now body in so much pain. Just curious why am I confined like a "criminal"? The "assault" case that you issued a warrant on me for did you know I was the victim of those charges, that's why the was dismissed those was my daughter friends relatives retaliation on me and wife for calling cops on them for trying to break in our home. Those officers fabricated the whole incident report that why the 911 caller which was my Aunt & wife wrote Judge Baker

confirmed that none of the incident report was true. I've been been employed since released from BoP on several occasion I've shown progress on behalf of critical thinking yall claim to be even "proud" of me but now I'm such a bad person? My daughter is still at large meaning nobody heard are seen her, My wife is devestated everyway possible we complied with the law and yall let us down again we got several documents us calling 911, I went to court building for restraining orders, ask "Grip" for help and still the outcome is this im in jail? That gun was in car I had no idea period I only moved her car from off parking

hot to frontside in driveway, I was arrest on my grandmother front same place assault took place, I wasn't even in car nor did I have the gun on my persons she had it locked away in glove box. I told "Grip" About since my daughter ran away I had to help grandmother due to her health issues she cant walk, Just curious how did you help? My wife alone stressed out, my daughter still running streets doing lord know what, nobody helping my grandmother her- house a mess I'm in jail for charges I was the victim of! I was in house cooking my grandmother breakfast when our house was riddled with bullets, and now while I'm locked up word is that was the whole plan, before they shoot up my house call 911 and say I had been to they house making threats so when they attacked my house it'll looked like I was on rampage. I never done none wife and several others can verify was home all morning help grandmother get up again she cant walk. In report it say 4 teens and women pulled up shooting. I had sent cops around the house several times prior to incident because the women

allowed my daughter stay there not going school, smoking, etc. I got documents I was told since she wasn't held against her will nothing could be done. Again they plan worked the people responsible for the lies, and shooting up my house still at large daughter still use residents as hideout. I reported everything to ya'll they day the shooting too place I admitted myself in BJC I had severe anxiety attacks I sent Mike (PO) document and told him I needed help. Why am I looked at and treated like criminal? I asked for help never got it, over and over same thing authorities did "went off my past" and assumed I did wrong. I've never committed a crime what am I confined for? Again I've worked 3yrs just got hired at Auto Zone Oct 7, 2020 had 2 jobs again, I guess wasn't good enough huh? Not a pinch of trouble in 3yrs why wait 40day before released from probation? No those wasn't my drugs!! Sad after 3yrs of showing better ~~decision~~ "critical thinking" instead of criminal thinking and still, why you think cops dropped all charges arrested on, they talked to me told them everything went on they say "Dam