4:20CR00773
SEP/JMB

RECEIVED
MAR 15 2021
BY MAIL

Enclosed is a letter fowarded to the magistrate judge of Cinque Brandon 4/6/86. Also was asking did the clerk office recreve my claims I sent 2/23/21 Unjust Convictions, and Defamation asking due to the delays been have where I'm housed at down at the St. Louis City Justice center. Also was wondering what was my next steps after claims filed, if you recieved them? Just trying to be sure I took proper Channels to get claims filed.

*Please Read Carefully

P.S. My daughter Ciniyah Brandon 11/04/05 Still missing can I please please be allowed a bond to find her missing since 5/30/20 got document to prove

3/9/21

RECEIVED
MAR 15 2021
BY MAIL

Dear Mr. Bumstark and Judge ~~[illegible]~~ Magistrate
420CR00773 SEP/JMB

First all wanted to say thank you in regards to the correspondent, based upon my concerns. Understand you totally on the behalf of the methods you advised me of 51% and 90%. Wanted to allow you to understand why I anticipate on highlight the "alleged Assault from Oct 14", I totally notice that the "SLMPD" probale cause was to detained me for "Assault first," which I should've never being approached in the manner of in "suspect" solely based upon evidence clearly show how me, "Sparkle Kennell, Katie Kennell" was victimized. This new footage showed "suspects" ambushed my resident 8743 Annetta each witness as well "911 caller Sparkle Kennell" gave "SLMPD" verbal statments of incident that clearly coincided with footage. The officer even stated observing the car that fit description used in footage that registered to the women that was described as 911 caller who mislead SLMPD so the crime would go according (8553 Church). So clearly the initial arrest was "illegal arrest!" *No reason I should've been apprehended for a crime that I was a "victim" of, "US vs Wright 8circuit 2016" "US vs Alvarez Gonzalez 2003" clearly shows that SLMPD need Legit reason to search a registered car on private

property to indiviuel 8743 Annetta is addressed on my Driver License which make it private residence/property.

* wasnt a traffic stop because the car was no longer being operated. Based upon the whole approach for "Assault" made it by law "Illegal arrest" which show no "probale cause" for me even being detained, Each case you read relevance to this matter clearly show the arrest was "illegal and search". (1) Car parked in driveway upon arrest (2) Never gave verbal nor nonverbal to search (3) 911 caller and victim "Sparkle Kennell" is registered to car and gun. (4) Each victim and witness gave vivid description of "suspect" in "Assault" and footage showed what witnesses described (5) Victim and 911 caller of "assault was present at arrest and never was assisted with crime instead treated like "nobody" (6) * Police report clearly states I was "victim" of "Assault" why am I threated and thrown down like suspect. How can I take my attention off the "Assault" charge when that was they "probale cause" which was "an illegal arrest" By law if the initial arrest made "Illegal" and footage proves all charges "shall be dismissed" by law "probale cause has to be "lawful"

* Can you file motion to dismiss and quash indictment The initial arrest was by law and can be proven to be an "illegal arrest"

Cinque Brandon

3/9/21

Cinque Brandon
200 South Tucker
St. Louis, Mo 63102

RETURN SERVICE REQUESTED

PRESORTED FIRST CLASS



U.S. POSTAGE PITNEY BOWES
ZIP 63103 $ 000.46⁰
02 4W
0000346471 MAR. 11. 2021

RECEIVED
MAR 15 2021
BY MAIL

Clerk Office
111 N 10th Street
St. Louis, Mo 63102

Legal Mail

BAUSPMP 63102